# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY J. FOURATT

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **23-924 MJ** | Date: | **6/7/2023** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | **DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **MICHAEL DAVID FOX** | **DANIEL RUBIN** | ☒ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **LINDY CARPENTER** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **9:37-9:54 A.M.   17 MINS** | |

- ☐ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

- ☒ Defendant released on the following conditions
- ☒ Conditions of Release continued on Page 2

☒ OTHER:   GOVERNMENT ARGUES IN SUPPORT OF DETENTION.  DEFENDANT IS A DANGER; THE STRENGTH IN THE EVIDENCE IS HIGH AND THEY HAVE A RECORDING.  AFTER THE FBI INTERVIEW, DEFENDANT SENT AN EMAIL RELATING TO THE THREATS.  NO THIRD-PARTY CUSTODIAN HAS BEEN IDENTIFIED AND THEY OPPOSE RELEASE TO A HALFWAY HOUSE.  DEFENSE COUNSEL PROFFERS FOR RELEASE.  DEFENDANT IS 60 YEARS OLD, HAS NO CRIMINAL HISTORY AND UNDERSTANDS WHAT HE GOT HIMSELF INTO AND WILL NEVER DO THIS AGAIN IN THE FUTURE, HE JUST GOT CARRIED AWAY.  DEFENSE COUNSEL IS ASKING FOR RELEASE TO THE KOA CAMPGROUND, WHERE THEY WILL WELCOME HIM BACK. **COURT'S RULING –** COURT RELEASES DEFENDANT ON A $5,000 UNSECURED BOND TO THE DIERSEN CHARITIES RESIDENTIAL REENTRY CENTER AND ON THE FOLLOWING CONDITIONS AS LISTED BELOW.

| | **CONDITIONS OF RELEASE** | | |
|---|---|---|---|
| ☒ | Bond set: $5,000 unsecured | ☒ | Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants. |
| ☒ | Defendant released to the third party custody of: Diersen Charities Residential Reentry Center. | ☒ | Participate in medical or psychiatric treatment/mental health assessment/treatment/counseling as directed by Pretrial Services. |
| ☒ | Defendant must reside with the Third Party Custodian. | ☒ | Defendant must maintain residence at the halfway house and comply will all facility rules. |
| ☒ | Defendant must not violate federal, state, tribal or local law while on release. | ☒ | Not possess a firearm, destructive device, or other dangerous weapon. |
| ☒ | Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a. | ☒ | Refrain from the use of alcohol and submit to random alcohol screening as directed by Pretrial Services. |
| ☒ | Defendant must advise the Court or the Pretrial Services office or supervising officer in writing before making any change of residence or telephone number. | ☒ | Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner. |
| ☒ | Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. | ☒ | Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. |
| ☒ | Defendant must sign an Appearance Bond. | ☐ | Participate in a program of substance abuse treatment as directed by Pretrial Services. |
| ☒ | Report to Pretrial Services for supervision, as directed. | ☐ | Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br><br>Technology: **Active Global Positioning System (GPS)**<br><br>Component: **Home Detention**<br><br>Defendant must pay all or part of the cost of the program based on ability to pay. |
| ☐ | Continue or actively seek employment | ☒ | Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |
| ☒ | Surrender any passport to Pretrial Services and do not obtain a passport or other international travel documents. | ☒ | Refrain from the use and possession of synthetic cannabinoids or legally sold designer drugs. |
| ☒ | Travel restricted to county of residence, with direct travel to Las Cruces, NM for court hearings and meet with attorney; Pretrial is authorized to expand travel; NO TRAVEL TO MEXICO. | ☐ | Other: |